GIBSON, DUNN & CRUTCHER LLP
GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
gevans@gibsondunn.com
aedelstein@gibsondunn.com

Attorneys for Defendant,
The Capital Group Companies, Inc.

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| MATT LECHNER,<br><br>Plaintiff,<br><br>v.<br><br>THE CAPITAL GROUP COMPANIES, INC. and CAPITAL RESEARCH BROKERAGE, INC.<br><br>Defendants. | CASE NO. 2:06-cv 03856-R (FMOx)<br><br>[~~PROPOSED~~] ORDER GRANTING THE CAPITAL GROUP COMPANIES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS<br><br>Hearing Date: August 28, 2006<br>Time: 10:00 a.m.<br>Location: Courtroom No. 8 |

THIS CONSTITUTES NOTICE OF ENTRY
AS REQUIRED BY FRCP, RULE 77(d).

Upon consideration of the Motion for Judgment on the Pleadings (the "Motion") filed by the Capital Group Companies, Inc. (the "Capital Group"), all papers submitted in support thereof, and the argument of counsel and Plaintiff, it is hereby ORDERED that:

1) Plaintiff's First Amended Complaint, in its entirety, fails to state a claim upon which relief can be granted;

2) The Capital Group's Motion for Judgment on the Pleadings is granted; and

3) Judgment shall be entered in favor of the Capital Group and against Plaintiff Matthew Lechner.

**IT IS SO ORDERED.**

DATED: Aug. 29, 2006

_____
U.S. District Court Judge

DATED: August 28, 2006

Respectfully submitted by:

GIBSON, DUNN & CRUTCHER LLP

By: _____
Andrew Z. Edelstein

Attorneys for Defendant,
The Capital Group Companies, Inc.

100065360_1 DOC

1

# CERTIFICATE OF SERVICE

I, Trina Lykes, certify as follows:

I am employed in the County of Los Angeles, State of California; I am over the age of eighteen years and am not a party to this action; my business address is 333 South Grand Avenue, Los Angeles, California 90071-3197, in said County and State. I am employed in the office of Andrew Z. Edelstein, a member of the bar of this Court, and at his direction on August 28, 2006, I served the following document(s):

[PROPOSED] ORDER GRANTING THE CAPITAL GROUP COMPANIES, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

on the parties listed below, by placing a true copy thereof in an envelope addressed as shown below by the following means of service:

Matt Lechner                                    Pro Se Plaintiff
6 Ebenezer Lane
Pound Ridge, NY 10576

☒ **SERVICE BY MAIL**: I placed a true copy in a sealed envelope addressed as indicated above, on the above-mentioned date. I am familiar with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

**BY FACSIMILE**: I caused each such document to be transmitted by facsimile machine, to the parties and numbers indicated above. The facsimile machine I used complied with Rule 2003(3).

☐ **BY PERSONAL SERVICE**: I placed a true copy in a sealed envelope addressed to each person[s] named at the address[es] shown and giving same to a messenger for personal delivery before 5:00 p.m. on the above-mentioned date.

☐ **BY UPS NEXT DAY AIR**: On the above-mentioned date, I placed a true copy of the above mentioned document(s), together with an unsigned copy of this declaration, in a sealed envelope or package designated by the United Parcel Service with delivery fees paid or provided for, addressed to the person(s) as indicated above and deposited same in a box or other facility regularly maintained by United Parcel Service or delivered same to an authorized courier or driver authorized by United Parcel Service to receive documents.

☐ **BY ELECTRONIC MAIL (PDF FORMAT)**: I caused a true copy thereof to be sent via e-mail (PDF format) to the attorney(s) of record at the e-mail address(es) so indicated on the attached service list.

☒ I am employed in the office of Gibson, Dunn & Crutcher LLP, a member of the bar of this court, and the foregoing document(s) was(were) printed on recycled paper.

☐ **(STATE)**    I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

☒ **(FEDERAL)**    I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 28, 2006

_____
Trina Lykes

3