GARETH T. EVANS, SBN 138992
ANDREW Z. EDELSTEIN, SBN 218023
GIBSON, DUNN & CRUTCHER LLP
333 South Grand Avenue
Los Angeles, California 90071-3197
Telephone: (213) 229-7000
Facsimile: (213) 229-7520
GEvans@gibsondunn.com
AEdelstein@gibsondunn.com

Attorneys for Defendant,
The Capital Group Companies, Inc.

SCAN ENTER JS6

FILED
CLERK, U.S. DISTRICT COURT
DEC 17 2007
CENTRAL DISTRICT OF CALIFORNIA
BY                              DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MATT LECHNER,<br><br>Plaintiff,<br><br>v.<br><br>THE CAPITAL GROUP COMPANIES, INC. and CAPITAL RESEARCH BROKERAGE, INC.<br><br>Defendants. | CASE NO. 2:06-cv 03856-R (FMOx)<br><br>[~~PROPOSED~~] JUDGMENT<br><br>[Notice of Motion and Motion for Summary Judgment, Memorandum of Points and Authorities, Statement of Proposed Uncontroverted Facts and Conclusions of Law, Declaration of Nance Naish Cruce, Declaration of Gareth T. Evans and Request for Judicial Notice submitted separately]<br><br>Date:     December 17, 2007<br>Time:    10:00 am<br>Location: Courtroom 8<br>             312 N. Spring St.,<br>             Los Angeles, CA 90012<br>Judge:    Hon. Manuel Real |

Gibson, Dunn &
Crutcher LLP

This Court, on **12-17-07**, granted Defendant The Capital Group Companies, Inc.'s Motion for Summary Judgment and ordered that judgment be entered in favor of Defendant The Capital Group Companies, Inc. and against Plaintiff Matthew Lechner. IT IS SO ORDERED, ADJUDGED AND DECREED that:

Plaintiff Matthew Lechner shall take nothing; and that Defendant The Capital Group Companies, Inc. shall recover its costs.

DATED: Dec. 17, 2007

_____ Dec. 17, 2007
U.S. District Court Judge

DATED: November 13, 2007

Respectfully submitted by:

GIBSON, DUNN & CRUTCHER LLP

By: _____
Gareth T. Evans

Attorneys for Defendant,
The Capital Group Companies, Inc.

100337859_1.DOC

Gibson, Dunn &
Crutcher LLP